# EXHIBIT "A"

Amber Khaaliq, PHR
Delta Air Lines, Inc.
Human Resources - IFS ATL & MCO
(Office) 404-714-9792
(Mobile) 404-735-4785
(Fax) 404-677-2977

**From:** Colon, Larry
**Sent:** Monday, February 22, 2016 4:40 PM
**To:** Khaaliq, Amber D; Spellman, Lori A; Waples, Robert; Jacobs, Laquenta
**Subject:** FW: Suspension Notice of Patricia Buchanan, EN242687, February 17, 2016

Hello all,

Please see below. FA Patricia Buchanan would like to have the below statement added as an addendum to her previous statement.

**From:** patricia buchanan [mailto:pbuchanan.13@gmail.com]
**Sent:** Monday, February 22, 2016 4:26 PM
**To:** Colon, Larry
**Subject:** Suspension Notice of Patricia Buchanan, EN242687, February 17, 2016

Dear Larry,

As stated in my 'suspension without pay' meeting, February 17, 2016, you stated that if I had anything to add to my written statement, please feel free to do so. I would like to add that besides not having a definitive reason for suspension triggering from a meeting you, yourself, did not attend, there only remains one question in common with both meetings. "Did you give your password to your traveling companion?". This question was presented in the conference call, February 7, 2016, and also posed by your manager, Lori Spellman, on February 17, 2016.

The answer remains the same. Absolutely not! What purpose would it serve? My traveling companion would not know what to do with my password. If he needed to list himself, there are multiple outlets provided by Delta to do so, including going to the airport, contacting any agent, and even calling the 800 number. I am allowed a travel companion and the rules do not state that I must be aware of each time he travels. He is permitted unlimited travel. The only way I am to know his exact itinerary is if I were to view 'travel history' on a daily basis.

Presently, I reside at my parent's home. My father, being retired F.A.A., was perplexed and distraught with this news. Especially after researching the Internet's numerous accounts of Delta employees who have received the same treatment. Delta has a pattern of suspension without pay with an indefinite time frame followed by termination or a separation from the company.The only viable solution theses cases had in order to keep their employment intact was to take legal action.

2

Having been escorted to the gate in Atlanta with the removal of my Delta ID, which doesn't provide me a way to return to work, leads me to believe that this is the same venue Delta is choosing to take with me.

I feel that I have represented myself in the past thirty years as a valuable employee. For the past six years, I have worked an exceptional amount of hours to put my two daughters through college. I cannot ever remember being called into the office for any negative behavior or representation of the company. This being said, the treatment I am receiving from Delta Airlines can only lead me to have feelings of discrimination due to my retirement age with 30 years of service coupled with the fact I am easily replaced with the countless number of new hires, at a lower pay scale. Racial profiling also comes to mind considering my travel companion, Rakeesh Chauhan, is of Eastern Indian decent.

Please add this information as an addendum to my previous written statement. I am hoping this matter will be resolved shortly, as I am eager to return to work with pay. I remain unaware as to why I am suspended without pay. At the same time, I am also prepared to vigorously take legal action in order to reinstate my employment and character, if needed.

Sincerely,


Patricia Buchanan
EN242687

3